OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

.02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
FEB 19 2015

2/18/2015

CAVITT, DONALD RAY JR.    Tr. Ct. No. W09-60428-H (A)    WR-32,756-11

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Ac

RTS

PRIVILEDGED

DONALD RAY CAVITT JR.
EAST TEXAS TREATMENT FACILITY - TDC
#1888682
900 INDUSTRIAL DR.
HENDERSON, TX 75653